UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| |
|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, *et al.*, |
| Plaintiffs, |
| v. |
| THE BANK OF NEW YORK MELLON, |
| Defendant. |

Case No. 14-cv-9372-GBD

## STIPULATION AND ~~[REDACTED]~~ ORDER

WHEREAS, in the above-captioned action, Plaintiffs assert certain claims against Defendant The Bank of New York Mellon ("BNYM") arising out of its alleged role as Trustee for the AABST 2005-2, BSARM 2004-6, CARR 2005-NC1, GSR 2004-2F, MARM 2004-13, and TMTS 2006-7 Trusts (collectively, the "Subject Trusts");

WHEREAS, BNYM has confirmed that it is not and never was the Trustee of the Subject Trusts; and

WHEREAS, based on BNYM's representations concerning its role with respect to the Subject Trusts or lack thereof, the Parties, by, between, and among their respective counsel, have stipulated and agreed to the terms set forth herein, and good cause having been shown:

IT IS HEREBY STIPULATED AND AGREED that:

1. Subject to the approval of the Court, all claims asserted herein arising out of or connected to the Subject Trusts shall be dismissed, with prejudice, with each Party to bear its own respective costs and attorneys' fees; and

2. The fact of this dismissal shall not be introduced into evidence or referenced by either party in any action or proceeding involving the Parties herein.

Dated: September 9, 2016

_____
TIMOTHY A. DeLANGE

Blair A. Nicholas
Timothy A. DeLange
Benjamin Galdston
Lucas E. Gilmore
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: blairn@blbglaw.com
       timothyd@blbglaw.com
       beng@blbglaw.com
       lucas.gilmore@blbglaw.com

*Attorneys for Plaintiffs*

_____
MATTHEW D. INGBER

Matthew D. Ingber
Christopher J. Houpt
Jennifer M. Rosa
Charles S. Korschun
Jarman Russell
Silvia A. Babikian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
Fax: (212) 849-5830
Email: mingber@mayer brown.com
       choupt@mayerbrown.com
       jrosa@mayerbrown.com
       ckorschun@mayerbrown.com
       jrussell@mayerbrown.com
       sbabikian@mayerbrown.com

*Attorneys for Defendant*

SO ORDERED: SEP 14 2016

_____
The Honorable George B. Daniels
United States District Judge

2.      The fact of this dismissal shall not be introduced into evidence or referenced by either party in any action or proceeding involving the Parties herein.

Dated: September 12, 2016

_____
TIMOTHY A. DeLANGE

Blair A. Nicholas
Timothy A. DeLange
Benjamin Galdston
Lucas E. Gilmore
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: blairn@blbglaw.com
       timothyd@blbglaw.com
       beng@blbglaw.com
       lucas.gilmore@blbglaw.com

*Attorneys for Plaintiffs*

_____
MATTHEW D. INGBER

Matthew D. Ingber
Christopher J. Houpt
Jennifer M. Rosa
Charles S. Korschun
Jarman Russell
Silvia A. Babikian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
Fax: (212) 849-5830
Email: mingber@mayerbrown.com
       choupt@mayerbrown.com
       jrosa@mayerbrown.com
       ckorschun@mayerbrown.com
       jrussell@mayerbrown.com
       sbabikian@mayerbrown.com

*Attorneys for Defendant*

SO ORDERED:    **SEP 14 2016**

_____
The Honorable George B. Daniels
United States District Judge

2