UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLACKROCK ALLOCATION TARGET
SHARES: SERIES S PORTFOLIO, *et al.*,

Plaintiffs,

v.

THE BANK OF NEW YORK MELLON,

Defendant.

Case No. 14-cv-9372-GBD

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF BROOKFIELD'S CLAIMS WITH PREJUDICE

WHEREAS, Plaintiffs Brookfield Mortgage Opportunity Income Fund Inc., Brookfield Total Return Fund Inc., and Millerton ABS CDO Ltd. (collectively, "Brookfield") assert claims against Defendant The Bank of New York Mellon ("BNYM") (each a "Party" and, collectively, the "Parties") as a current noteholder for seven (7) of the two hundred and fifty three (253) trusts in this action – the CBASS 2004-CB5, CHEC 2004-1, CXHE 2004-B, CXHE 2004-C, FHAMS 2005-FA8, FHAMS 2005-FA9, NSTR 2006-B Trusts (collectively, the "Subject Trusts") – together with other named Plaintiffs;

WHEREAS, Brookfield is no longer a noteholder in the Subject Trusts;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for Brookfield and BNYM that:

1. Subject to the approval of the Court, Brookfield's claims arising out of or connected to the Subject Trusts shall be voluntarily dismissed, with prejudice, with each Party to bear its own respective costs and attorneys' fees;

2. This voluntary dismissal shall apply only to Brookfield's claims pertaining to the Subject Trusts, and shall not impact in any way the claims of the other named Plaintiffs in the

Subject Trusts or any other of the two hundred and fifty three trusts that are at issue in this action.

3.  The attached "Exhibit 1" updates Exhibit 1 to the Verified Complaint and lists the trusts and representative plaintiff investors that remain at issue in this action.

4.  The fact of this voluntary dismissal with prejudice shall not be introduced into evidence or referenced by either Party in any action or proceeding involving the Parties herein.

Dated: January 17, 2017

_____
TIMOTHY A. DeLANGE

Blair A. Nicholas
Timothy A. DeLange
Benjamin Galdston
Lucas E. Gilmore
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: blairn@blbglaw.com
       timothyd@blbglaw.com
       beng@blbglaw.com
       lucas.gilmore@blbglaw.com

*Attorneys for Plaintiffs*

_____
JENNIFER M. ROSA

Matthew D. Ingber
Christopher J. Houpt
Jennifer M. Rosa
Charles S. Korschun
Jarman Russell
Silvia A. Babikian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
Fax: (212) 849-5830
Email: mingber@mayerbrown.com
       choupt@mayerbrown.com
       jrosa@mayerbrown.com
       ckorschun@mayerbrown.com
       jrussell@mayerbrown.com
       sbabikian@mayerbrown.com

*Attorneys for Defendant*

Subject Trusts or any other of the two hundred and fifty three trusts that are at issue in this action.

3. The attached "Exhibit 1" updates Exhibit 1 to the Verified Complaint and lists the trusts and representative plaintiff investors that remain at issue in this action.

4. The fact of this voluntary dismissal with prejudice shall not be introduced into evidence or referenced by either Party in any action or proceeding involving the Parties herein.

Dated: January 17, 2017

| | |
|---|---|
| TIMOTHY A. DeLANGE | JENNIFER M. ROSA |
| Blair A. Nicholas<br>Timothy A. DeLange<br>Benjamin Galdston<br>Lucas E. Gilmore<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>Email: blairn@blbglaw.com<br>       timothyd@blbglaw.com<br>       beng@blbglaw.com<br>       lucas.gilmore@blbglaw.com<br><br>*Attorneys for Plaintiffs* | Matthew D. Ingber<br>Christopher J. Houpt<br>Jennifer M. Rosa<br>Charles S. Korschun<br>Jarman Russell<br>Silvia A. Babikian<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 506-2500<br>Fax: (212) 849-5830<br>Email:  mingber@mayerbrown.com<br>        choupt@mayerbrown.com<br>        jrosa@mayerbrown.com<br>        ckorschun@mayerbrown.com<br>        jrussell@mayerbrown.com<br>        sbabikian@mayerbrown.com<br><br>*Attorneys for Defendant* |

SO ORDERED:

_____
The Honorable George B. Daniels
United States District Judge