# EXHIBIT 1

## NOTICE TO HOLDERS

This Notice, which has been authorized by the United States District Court for the Southern District of New York, relates to the dismissal of derivative claims asserted in the action captioned *BlackRock Allocation Target Shares: Series S Portfolio, et al. v. The Bank of New York Mellon, et al.*, Case No. 14-cv-09372-GBD-HBP (S.D.N.Y.) (the "Action"). It is being provided to you as a current holder in the below-referenced Trusts by counsel for the named Plaintiffs in the Action and BNYM, the defendant in the Action.

Plaintiffs in the Action are institutional investors in residential mortgage-backed securities issued by trusts for which BNYM serves as trustee. On November 24, 2014, Plaintiffs initiated the Action derivatively on behalf of the Trusts listed in Exhibit 1 to this Notice. The Court has ordered the Parties to provide this notice.

In the Action, Plaintiffs alleged that (i) BNYM was aware of breaches of representations and warranties by the sellers; (ii) there were continuing Events of Default due to servicing violations; and (iii) BNYM failed to discharge its duties under the governing agreements. Plaintiffs also allege that BNYM failed to discharge its obligations "because acting to diligently protect the interests of the Trusts would have conflicted with its own financial interests," it allegedly would have been costly for BNYM to discharge its duties, and compliance allegedly would have exposed BNYM's own alleged negligence in carrying out its ministerial duties. Plaintiffs have withdrawn their remaining individual claims in the Action, and the Action will be discontinued as of [DATE] when the claims will be dismissed with prejudice. There has been no admission of wrongdoing or liability by BNYM.

This Notice is given to inform you of the discontinuance of an action that may have benefitted you derivatively and that Plaintiffs will dismiss their claims with prejudice. BNYM, Plaintiffs, and Plaintiffs' counsel will not be providing you with any recommendations or legal advice about the effect this dismissal will have on you.

You may wish to contact a lawyer to understand your rights.

**PLEASE DO NOT CONTACT THE TRUSTEE, PLAINTIFFS' COUNSEL, OR THE COURT FOR ADVICE CONCERNING THE ACTION**

**Exhibit 1 - Trusts**

| | | |
|---|---|---|
| ABFC 2004-FF1 | FHAMS 2006-AA4 | NHEL 2005-3 |
| ABFC 2005-HE1 | FHAMS 2006-AA6 | NHEL 2005-4 |
| ACE 2004-HS1 | FHAMS 2006-AA7 | NHEL 2006-2 |
| AGFMT 2006-1 | FHAMS 2006-AA8 | NHEL 2006-3 |
| AHM 2004-4 | FHAMS 2006-FA1 | NMFT 2006-MTA1 |
| BALTA 2004-1 | FHAMS 2006-FA2 | NSTR 2006-B |
| BALTA 2004-10 | FHAMS 2006-FA3 | NSTR 2007-A |
| BALTA 2004-11 | FHAMS 2006-FA4 | NSTR 2007-B |
| BALTA 2004-12 | FHAMS 2006-FA6 | NSTR 2007-C |
| BALTA 2004-13 | FHAMS 2006-FA8 | OWNIT 2006-1 |
| BALTA 2004-2 | FHAMS 2007-FA4 | POPLR 2004-4 |
| BALTA 2004-3 | FHASI 2004-3 | POPLR 2004-5 |
| BALTA 2004-4 | FHASI 2004-5 | POPLR 2005-3 |
| BALTA 2004-5 | FHASI 2004-6 | POPLR 2005-D |
| BALTA 2004-6 | FHASI 2004-7 | POPLR 2006-A |
| BALTA 2004-7 | FHASI 2004-AR1 | POPLR 2006-D |
| BALTA 2004-8 | FHASI 2004-AR2 | POPLR 2006-E |
| BALTA 2004-9 | FHASI 2004-AR3 | SAMI 2004-AR1 |
| BSABS 2004-SD1 | FHASI 2004-AR4 | SAMI 2004-AR2 |
| BSABS 2004-SD4 | FHASI 2004-AR5 | SAMI 2004-AR3 |
| BVMBS 2004-1 | FHASI 2004-AR6 | SAMI 2004-AR4 |
| BVMBS 2004-2 | FHASI 2004-AR7 | SAMI 2004-AR5 |
| BVMBS 2005-1 | FHASI 2004-FL1 | SAMI 2004-AR6 |
| BVMBS 2005-2 | FHASI 2005-1 | SAMI 2004-AR7 |
| CBASS 2004-CB2 | FHASI 2005-2 | SAMI 2004-AR8 |
| CBASS 2004-CB8 | FHASI 2005-3 | SARM 2004-11 |
| CBASS 2005-CB8 | FHASI 2005-4 | SARM 2004-13 |
| CBASS 2006-RP1 | FHASI 2005-5 | SARM 2004-17 |
| CDCMC 2004-HE3 | FHASI 2005-6 | SARM 2004-19 |
| CHEC 2004-2 | FHASI 2005-7 | SARM 2004-2 |
| CITM 2007-1 | FHASI 2005-8 | SARM 2004-3AC |
| CSFB 2004-CF1 | FHASI 2005-AR1 | SARM 2004-8 |
| CWALT 2004-J1 | FHASI 2005-AR2 | SARM 2005-10 |
| CWHEL 2004-G | FHASI 2005-AR3 | SARM 2005-2 |
| CWHEL 2005-I | FHASI 2005-AR4 | SARM 2005-5 |
| CWHEL 2006-I | FHASI 2005-AR5 | SASC 2005-16 |
| CWHL 2005-19 | FHASI 2005-AR6 | SURF 2004-BC1 |
| CWHL 2005-4 | FHASI 2006-1 | SURF 2004-BC2 |
| CWL 2004-BC1 | FHASI 2006-2 | SURF 2004-BC3 |
| CWL 2004-SD1 | FHASI 2006-3 | SURF 2004-BC4 |
| CWL 2006-S10 | FHASI 2006-4 | SURF 2005-AB1 |
| CWL 2006-S4 | FHASI 2006-AR1 | SURF 2005-AB2 |
| CWL 2006-S6 | FHASI 2006-AR3 | SURF 2005-AB3 |
| CWL 2006-S7 | FHASI 2006-AR4 | SURF 2005-BC2 |
| CWL 2006-S8 | FHASI 2007-2 | SURF 2005-BC3 |

| | | |
|---|---|---|
| CWL 2006-S9 | FHASI 2007-4 | SURF 2005-BC4 |
| CWL 2007-S1 | FHASI 2007-5 | TBW 2007-1 |
| CWL 2007-S2 | FHASI 2007-AR1 | TRUMN 2004-2 |
| CXHE 2004-A | FHASI 2007-AR2 | TRUMN 2005-1 |
| CXHE 2004-B | FHASI 2007-AR3 | TRUMN 2006-1 |
| CXHE 2004-C | FNLC 2005-2 | WAMU 2004-RP1 |
| CXHE 2004-D | FSTAR 2007-1A | |
| CXHE 2005-A | GEWMC 2005-1 | |
| CXHE 2005-B | GEWMC 2005-2 | |
| CXHE 2005-C | GSAA 2004-CW1 | |
| CXHE 2005-D | GSAMP 2004-SEA2 | |
| ECR 2005-1 | GSCC 2006-2 | |
| ECR 2005-2 | GSR 2004-5 | |
| EQABS 2004-1 | GSR 2004-7 | |
| EQABS 2004-2 | HELT 2007-FRE1 | |
| EQABS 2004-3 | HEMT 2004-6 | |
| FFML 2004-FF10 | HFCHC 2006-1 | |
| FFML 2004-FFB | HFCHC 2006-2 | |
| FFML 2005-FF1 | IXIS 2005-HE2 | |
| FHABS 2006-HE1 | LUM 2006-1 | |
| FHAMS 2004-AA1 | MALT 2005-2 | |
| FHAMS 2004-AA2 | MALT 2006-2 | |
| FHAMS 2004-AA3 | MALT 2006-3 | |
| FHAMS 2004-AA4 | MARM 2004-1 | |
| FHAMS 2004-AA6 | MARM 2004-10 | |
| FHAMS 2004-AA7 | MARM 2004-15 | |
| FHAMS 2004-FA2 | MARM 2004-3 | |
| FHAMS 2005-AA1 | MARM 2004-4 | |
| FHAMS 2005-AA10 | MARM 2004-6 | |
| FHAMS 2005-AA11 | MARM 2004-7 | |
| FHAMS 2005-AA12 | MARM 2004-8 | |
| FHAMS 2005-AA2 | MARM 2005-1 | |
| FHAMS 2005-AA5 | MARM 2005-2 | |
| FHAMS 2005-AA6 | MARM 2005-6 | |
| FHAMS 2005-AA7 | NAA 2004-AP1 | |
| FHAMS 2005-AA9 | NAA 2004-AP2 | |
| FHAMS 2005-FA1 | NAA 2004-AR1 | |
| FHAMS 2005-FA10 | NAA 2004-AR2 | |
| FHAMS 2005-FA11 | NAA 2004-AR4 | |
| FHAMS 2005-FA3 | NAA 2004-R3 | |
| FHAMS 2005-FA4 | NAA 2005-AR1 | |
| FHAMS 2005-FA5 | NAA 2005-AR2 | |
| FHAMS 2005-FA7 | NCMT 2006-1 | |
| FHAMS 2006-AA1 | NHEL 2004-1 | |
| FHAMS 2006-AA2 | NHEL 2004-4 | |
| FHAMS 2006-AA3 | NHEL 2005-2 | |