IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>THE BANK OF NEW YORK MELLON, <br><br>Defendant. | Case No. 14-CV-9372 (GBD) |

## STIPULATION OF DISMISSAL

The parties hereto certify that the Notice Program (as defined in the Order Approving (I) Dismissal of Plaintiffs' Claims with Prejudice and (II) Notice of Dismissal to Current Holders (Dkt No. 175)) has been implemented and no person or entity submitted an objection or response to the Notice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that the above captioned action (the "Action") be hereby dismissed, with prejudice, as to all parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. No party shall seek from any other party recovery of its costs or attorneys' fees.

Pursuant to the Order Approving (I) Dismissal of Plaintiffs' Claims with Prejudice and (II) Notice of Dismissal to Current Holders (Dkt No. 175), the Action is hereby dismissed with prejudice.

Dated: October 22, 2019                                                  Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

_____
TIMOTHY A. DeLANGE

Timothy A. DeLange (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
timothyd@blbglaw.com

*Attorneys for Plaintiffs*

MAYER BROWN LLP

_____
MATTHEW D. INGBER

Matthew D. Ingber
Christopher J. Houpt
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500

*Attorneys for Defendant
The Bank of New York Mellon*